UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| O.B. DAVIS, JR. | * | DOCKET NO. 15-cv-2915 |
| D.O.C. # 106316 | * | |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| STATE OF LOUISIANA | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred by 28 U.S.C. § 2244(d)(1)(A).

Lake Charles, Louisiana, this 18 day of June, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE